PHILLIPS v. STATE.   (No. 9079.)

(Court of Criminal Appeals of Texas.   Feb. 4, 1925.)

Criminal law ⬳273—Inadequacy of evidence not available to one pleading guilty, unless evidence shows innocence.

Inadequacy of evidence to show guilt is not available to one pleading guilty, unless the evidence shows innocence.

Appeal from Criminal District Court, Dallas County; Grover C. Adams, Special Judge.

H. G. Phillips was convicted of forgery on his plea of guilty, and he appeals. Affirmed. See, also, 268 S. W. 735.

Shelby S. Cox, Dist. Atty., and Wm. McCraw, Asst. Dist. Atty., both of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. A plea of guilty was entered. There is no complaint of the procedure. The court heard evidence, the sufficiency of which to show the appellant's guilt is challenged. This position can-

not be sustained. See Doans v. State, 36 Tex. Cr. R. 468, 37 S. W. 751; Gipson v. State, 86 Tex. Cr. R. 364, 216 S. W. 870.

A plea of guilty having been entered, the inadequacy of the evidence to show guilt is not available, unless it is such that it shows the accused to be innocent. Duncan v. State, 86 Tex. Cr. R. 191, 215 S. W. 853; Grandberry v. State, 86 Tex. Cr. R. 233, 216 S. W. 164; Taylor v. State, 88 Tex. Cr. R. 475, 227 S. W. 679; Hardin v. State, 88 Tex. Cr. R. 495, 227 S. W. 676; Connally v. State, 90 Tex. Cr. R. 285, 234 S. W. 886; Garcia v. State, 91 Tex. Cr. R. 10, 237 S. W. 279.

The judgment is affirmed.